# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2014

148898-9

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEANNE HARRISON,
        Plaintiff-Appellee,

v

MUNSON HEALTHCARE, INC.,
        Defendant-Appellant,
and

SURGICAL ASSOCIATES OF TRAVERSE
CITY, P.L.L.C., WILLIAM P. POTTHOFF,
M.D., and CINDY GILLIAND, R.N.,
        Defendants,
and

THOMAS R. HALL,
        Appellee.

SC: 148898-9
COA: 304512, 304539
Grand Traverse CC:
        2009-027611-NH

_____/

On order of the Court, the application for leave to appeal the January 30, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Krusac v Covenant Medical Center, Inc* (Docket No. 149270) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2014



t0617

        Clerk